IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PREMIER MICRONUTRIENT CORPORATION, <br><br> *Plaintiff,* <br><br> v. <br><br> JEFFREY L. BOONE, <br><br> *Defendant.* <br><br> JEFFREY L. BOONE, <br><br> *Counterclaim-Plaintiff,* <br><br> v. <br><br> PREMIER MICRONUTRIENT CORPORATION, DR. GERALD M. HAASE, DAVID L. NEWELL, AND DR. KEDAR N. PRASAD, <br><br> *Counterclaim-Defendants.* | Case No. 3:09-00104 <br> **Judge Nixon** <br> **Magistrate Judge Bryant** |

## ORDER

Pending before the Court is Premier Micronutrient Corporation, Jeffrey L. Boone, Dr. Gerald M. Haase, David L. Newell, and Dr. Kedar N. Prasad's (collectively, "Parties") Stipulation of Dismissal with Prejudice ("Parties' Motion") (Doc. No. 17). Parties, by and through counsel, request the Court to dismiss this action on the merits in its entirety and with prejudice, including any and all claims and counterclaims. In light of Parties' Motion and pursuant to Rule 41 of the Federal Rules of Civil Procedure, this case is **DISMISSED with prejudice**. Each party shall bear its own discretionary costs.

It is so ORDERED.

Entered this __21st__ day of __December__, 20___.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT